**73** STRICKLAND vs. BARTOW (Circuit Court Commissioner, Clinton), 27 M., 67.

To compel respondent to make an order to hold Ann E. Shireling to bail, upon a capias issued against her from the Circuit Court of that county, at the suit of the People in an action of debt, to recover a penalty for selling intoxicating liquors in violation of Sec. 2138, Comp. Laws 1871.

Denied April 15, 1873.

Held, that Sec. 45 of Chap. 192, Comp. Laws 1871, exempted said Ann E. Shireling from imprisonment.

**74** BARTON vs. CIRCUIT JUDGE (Kalamazoo), No. 11950.

To compel respondent to quash a writ of capias.

Granted May 5, 1891, with costs.

The action was case for breach of promise of marriage. The affidavit did not set up either fraud or seduction, but simply the contract and its breach.

**75** HACKETT vs. CIRCUIT JUDGE (Wayne), 36 M., 333.

To compel respondent to vacate an order granted by him setting aside an order of the circuit court commissioner, holding to bail upon a capias ad respondendum.

Denied, with costs, April 18, 1877.

The question raised related to the sufficiency of the affidavit.

**76** GRIFFIN vs. CIRCUIT JUDGE (Kent), No. 15586.

To quash a capias because of alleged insufficiency of the affidavit.

Denied June 4, 1896, with costs.